IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | | |
|---|---|---|
| Patrick Guess, # 253980, | ) | C.A. No.  9:08-2626-TLW-BM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Jon Ozmint, Ageny Director; | ) | |
| Robert Ward,  Division of Operations; | ) | |
| Dennis Patterson, State Classification Committee; | ) | |
| Kenny Robinson, Inmate; Juan Wright, Inmate; | ) | |
| and all involved parties, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is now before the undersigned for review of the Report and Recommendation ("the Report") filed by United States Magistrate Judge Bristow Marchant, to whom this case had previously been assigned pursuant to 28 U.S.C. § 636(b) and Local Rule 73.02(B)(2) (D.S.C.).  In his Report, Magistrate Judge Marchant recommends that plaintiff's motion for default be denied. (Doc. # 30).  The Report was filed on October 20, 2008.  Plaintiff has filed no objections to the Report.

This Court is charged with conducting a de novo review of any portion of the Magistrate Judge's Report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636.  No objections have been filed to the Report.  In the absence of objections to the Report and Recommendation of the Magistrate Judge, this Court is not required to give any explanation for adopting the recommendation.  See Camby v. Davis, 718 F.2d 198, 199 (4th Cir. 1983).

1

A review of the record indicates that the Report accurately summarizes this case and the applicable law.  For the reasons articulated by the Magistrate Judge, it is hereby **ORDERED**  that the Magistrate Judge's Report is **ACCEPTED** (Doc. # 30), and plaintiff's motion for default is denied (Doc. # 29).

**IT IS SO ORDERED.**


   s/ Terry L.  Wooten
**TERRY L. WOOTEN**
**UNITED STATES DISTRICT JUDGE**


December 2, 2008
Florence, South Carolina